AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:12mj-133 | Date and time warrant executed: 3/28/2012, 11:30 AM | Copy of warrant and inventory left with: Postmaster |

Inventory made in the presence of:
Anita Hauser

Inventory of the property taken and name of any person(s) seized:

Approximately 4 pounds 14.2 ounces of a green leafy substance that field tested positive for marijuana.

MICHAEL J. NEWMAN
UNITED STATES
MAGISTRATE JUDGE

12 MAR 29 AM 10: 29

FILED

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/28/2012

_____
Executing officer's signature

S. McDonough, Postal Inspector
Printed name and title

# UNITED STATES DISTRICT COURT

FILED

for the

Southern District of Ohio

12 MAR 28 AM 10: 33

MICHAEL J. NEWMAN
UNITED STATES
MAGISTRATE JUDGE

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 3:12mj133 |
| Express Mail Parcel, Label Number, EI 255380989 US, postmarked March 27, 2012, addressed to Brandon Glenn, 517 S Mcpheron Ave, Lima, Ohio 45804, with a return address of Angelo Edwards, 464 W Fourth St, San Bernardino, CA 92401. | ) ) ) ) | MICHAEL J. NEWMAN |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Southern          District of   Ohio
*(identify the person or describe the property to be searched and give its location)*:
Express Mail Parcel, Label Number, EI 255380989 US

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before     April 11, 2012
                                                                                                                              (not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10 p.m.    ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
            Michael J. Newman                                            .
                         *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                                                    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   March 28, 2012,
                                        10:30 am

City and state:   Dayton, Ohio

Honorable Michael J. Newman
United States Magistrate Judge
*Printed name and title*